UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION

TAMMY HILL-MCFADDEN )  Case No.: 3:06-CV-466-J-32-HTS
             Plaintiff, )
v. )
BANK OF AMERICA CORP., )
a foreign corporation, )
             Defendant )

## CASE MANAGEMENT REPORT

This Case Management Report shall be used in all Track Two or Track Three civil cases to be tried before the Honorable Timothy J. Corrigan, United States District Judge. Based on this Report and availability on the Court's calendar, the Court will issue a binding Case Management and Scheduling Order.

1. **Meeting of Parties:** Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a telephone or in-person conference was held on September 21, 2006 between:

    David B. Sacks, Esquire                Counsel for the Plaintiff
    Annette Torres, Esquire                Counsel for Defendant

2. **Initial Disclosures:** The parties agree to exchange disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by October 27, 2006.

3. **Preliminary Pretrial Conference** Local Rule 3.05(c)(3)(B) provides that preliminary pretrial conferences are **mandatory in Track Three cases.**

    **Track Two Cases**: Parties _____ request _X_ do not request a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two Case. Unresolved issues to be addressed at such a conference include:

    _____

    _____

4. **Discovery Plan:** in Propounding and responding to discovery, the parties are directed to consult and comply with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Middle District of Florida, and the Middle District of Florida's Discovery Handbook.

1. Requested deadline for party seeking affirmative relief (be it plaintiff, counterclaim plaintiff, etc.) To server expert reports in full compliance with Fed.R.Civ.P Rule 26(a)(2): March 15, 2007.

2. Requested deadline for responding party (be it defendant, counterclaim defendant, etc.) to serve expert reports in full compliance with Fed.R.Civ.P. Rule 26(a)(2):April 1, 2007.

3. Requested deadline for any party to submit expert rebuttal reports in full compliance with Fed.R.Civ.P. Rule 26(a)(2) (if no expert rebuttal reports are anticipated, put "none"): April 15, 2007.

4. Requested **Deadline for completing all discovery: May 1, 2007.**

5. Other matters: Parties agree on the following other matters relating to discovery (e.g., handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused upon particular issues): None at this time.

5. Are amendments to pleadings, counterclaims, or third party practice contemplated? ___XX__Yes_____No. If Yes, Describe and give requested deadlines: As there has been no responsive pleading filed by the Defendant as of the date of the filing of this Case Management Report, pursuant to Rule 15(a), Federal Rules of Civil Procedure, Defendant has given written consent to the filing of a Second Amended Complaint by Plaintiff. Plaintiff's Second Amended Complaint will be filed on or before October 6, 2006.

6. Requested **dispositive and Daubert motions filing deadline:** June 1, 2007

7. Requested **Final pretrial conference date**: September 1, 2007
   (In requesting a proposed date, parties are reminded that Judge Corrigan requires at least 90 days between the filing of dispositive motions and the final pretrial conference.)

8. Requested **Trial Term**: October 2, 2007

   For a (check one) ____X____jury _____non-jury trial

   Trial is expected to take approximately ____5_____days.

9. **Mediation:**
   The Court typically refers all cases to court annexed mediation as detailed in Chapter Nine of the Court's Local Rules. The order of referral to mediation described in Local Rule 9.04 should be entered by the Court directing that mediation occur on or before June 1, 2007 designating _____ to serve as mediator. (A list of certified mediators is available from the Clerk's Office and on the Court's website. If the parties do not designate, the Court will designate the mediator and the deadline for mediation.)

10. Do parties agree to consent to trial presided over by United States Magistrate Judge? _____yes _____X_____no _____may agree in future.
    ***If yes, the parties shall complete and <u>all</u> counsel and/or unrepresented parties shall execute on the Form A0-85 attached hereto (through the portion for "Consent"-<u>all</u> signatures together on one form); submit the same to the Clerk, and the Court will promptly thereafter enter the "Order of Reference" portion and file the same in record hereof.***

11. Pending or Anticipated Motions: <u>Motion for Summary Judgment, Motions In Limine</u>

12. Requests for Special Consideration or Handling (requests can be joint or unilateral):

    <u>None at this time.</u>

Date: October 3, 2006

Signatures of Counsel (with Information required by Local Rule 1.05(d) and Signature of any unrepresented party:

| | |
|---|---|
| /S/ DAVID B. SACKS | /S/ ANNETTE TORRES |
| DAVID B. SACKS, ESQUIRE | ANNETTE TORRES, ESQUIRE |
| 1017 LaSalle Street | 150 W. Fagler Street, Suite 2200 |
| Jacksonville, Florida 32207 | Miami, Florida 33130 |
| (904) 634-1122; fax (904) 355-8855 | (305) 789-3200; fax (305) 789-3395 |
| Email: dsacks@sackslegal.com | Email: atorres@swmwas.com |
| Attorney for Plaintiff | Attorney for Defendant |