**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAMMY HILL-McFADDEN,

           Plaintiff,

vs.                                         Case No. 3:06-cv-466-J-32HTS

BANK OF AMERICA, N.A., etc.,

           Defendant.

_____

**ORDER**[1]

This case is before the Court on Defendant's Motion for Judgment on the Pleadings as to Count I, which alternatively requests a more definite statement (Doc. 28), to which plaintiff filed a response with a motion to strike (Doc. 29), and defendant responded (Doc. 30). Upon review of these filings, relevant case law, plaintiff's second amended complaint (Doc. 22) and defendant's answer thereto (Doc. 24), the Court finds defendant's motion is due to be denied. Having said that, however, the Court does not intend its decision to be construed as a ruling on the appropriate scope of discovery. Defendant is therefore free (as it always was) to raise issues with the scope or breadth of plaintiff's discovery requests through appropriate discovery motion practice, brought after good faith attempts at resolving the issues with plaintiff pursuant to Local Rule 3.01(g).

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Accordingly, it is hereby

**ORDERED**:

1.	Defendant's Motion for Judgment on the Pleadings (Doc. 28) is **DENIED**.

2.	Plaintiff's Motion to Strike (Doc. 29) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of March, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record