**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAMMY HILL-MCFADDEN,

       Plaintiff,

v.                                              CASE NO. 3:06-cv-466-J-32HTS

BANK OF AMERICA, N.A.,
a foreign corporation,

       Defendant.

_____

**O R D E R**

    This cause is before the Court on the Unopposed Motion for Extension of Time to Stay Proceedings (Doc. #41; Motion), filed on June 1, 2007.  Pro se Plaintiff Tammy Hill-McFadden requests an extension of the stay in this case "to allow [her] to retain competent substitute legal counsel."  Motion at 1 (emphasis omitted).  The stay currently in effect is set to expire today, June 4, 2007.  *See* Order (Doc. #40).

    Upon due consideration, the Motion (Doc. #41) is **GRANTED** and the stay in this case is hereby extended until June 29, 2007, by which date new counsel for Plaintiff shall file a notice of appearance.  By no later than July 20, 2007, the parties shall file a joint notice of status, suggesting new dates for returning this case to the active docket.

The Court is also in receipt of a letter dated May 20, 2007, wherein Plaintiff describes her difficulties in obtaining replacement counsel. Ms. Hill-McFadden is reminded of Rule 3.01(f), Local Rules, United States District Court, Middle District of Florida, which provides, in part, that applications for relief, "unless invited or directed by the presiding judge, shall not be addressed or presented to the Court in the form of a letter or the like." Future communications of this type may be stricken and/or returned to her.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of June, 2007.


/s/_____Howard T. Snyder_____
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
     pro se parties, if any