FILED

2008 MAR 25 PM 12:39

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| TAMMY HILL-MCFADDEN, | Jacksonville, Florida |
| Plaintiff, | Case No. 3:06-cv-466-J-32HTS |
| vs. | March 11, 2008 |
| BANK OF AMERICA CORPORATION, a foreign corporation, | 9:30 a.m. |
| Defendant. | Courtroom No. 5A |

MOTION HEARING
BEFORE THE HONORABLE HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S COUNSEL:

    **KIRSTEN L. DOOLITTLE, ESQ.**
    Law Office of Kirsten Doolittle, PA
    1919 Atlantic Boulevard
    Jacksonville, Florida 32207

DEFENSE COUNSEL:

    **ANNETTE TORRES, ESQ.**
    **KARA NICKEL, ESQ.**
    Stearns, Weaver, Miller, Weissler, Alhadeff &
       Sitterson, PA
    150 West Flagler Street, Suite 2200
    Miami, Florida 33130-1557

COURT REPORTER:

    Shannon M. Bishop, RMR, CRR

(Proceedings reported by microprocessor stenography;
transcript produced by computer.)

# NOT

# SCANNED

**\*\*REFER TO COURT FILE\*\***