# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMMY HILL-MCFADDEN,  CASE NO.  3:06-CV-466-J-32HTS

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,
a foreign corporation,

    Defendant.

## DECLARATION OF TAMMY HILL-MCFADDEN
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Tammy Hill-McFadden. I am competent to make this Declaration and have personal knowledge of the facts that are set forth herein.

2. I was employed by the Bank of America, N.A. ("the Bank") from approximately July 2004 until June 30, 2005 as a Band 6 Compliance Review Officer ("CRO") with the Bank's Premier Governance division.

3. During the week of June 23, 2005 through June 29, 2005, I forwarded a number of emails from my work email account to my personal email account.

4. Since receiving Defendant's motion, I have reviewed my personal email account and have identified approximately 138 emails that I forwarded from my work email account with the Bank of America to my personal email account during the June 23-29, 2005 time period.

5. Of the 138 emails, approximately 20 were emails of a personal nature dealing with issues that are not relevant to this lawsuit (i.e., emails concerning the construction of my home, vacation requests, articles of interest, recruiter information).

6. I believe that I produced all of the emails in question to my former attorney, David Sacks, and that he in turn produced those emails with my Initial Disclosures. I am willing, however, to provide my current attorney, Kirsten Doolittle, an electronic copy of the 138 emails by Friday, May 30, 2008, for her review and production.

7. Beyond the above-described emails, I am unaware of the 133 emails containing nearly 1900 pages of confidential and proprietary information that Bank of America refers to in its motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2008.

TAMMY HILL-MCFADDEN