**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAMMY HILL-MCFADDEN,

    Plaintiff,

vs.                                          Case No. 3:06-cv-466-J-32HTS

BANK OF AMERICA, N.A.,
a foreign corporation,

    Defendant.

---

**ORDER**

This matter having come before the Court on the parties' joint Stipulation Of Dismissal With Prejudice (Doc. 93), it is hereby

**ORDERED:**

1. The deadlines and settings in the Court's Third Amended Case Management and Scheduling Order (Doc. 92) are **VACATED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of December, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record